UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COEN MCGARITY,

      Plaintiff,                                          Case No. 2:15-cv-12610

v.                                                             Hon. George Caram Steeh
                                                               Mag. Michael J. Hluchaniuk

EXPERIAN INFORMATION
SOLUTIONS, INC., an Ohio corporation,
EQUIFAX INFORMATION SERVICES, LLC,
a Georgia corporation, TRANS UNION, LLC,
a Delaware limited liability company,
ALLIANCE CATHOLIC CREDIT UNION,
a Michigan corporation, ONE MAIN FINANCIAL
SERVICES, INC., a Minnesota corporation, and
VIBE CREDIT UNION, f/k/a Telcom Credit Union,
a Michigan corporation,

      Defendants.
_____

## STIPULATION TO DISMISS CASE
## WITHOUT PREJUDICE AND WITHOUT FEES OR COSTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

Plaintiff, Coen McGarity, and Defendants Trans Union, LLC, Vibe Credit Union

(f/k/a Telcom Credit Union), and Experian Information Solutions, Inc., through

their respective counsel, stipulate and agree to the dismissal of Plaintiff's claims

without prejudice and without attorney's fees or costs to any party.

1

Stipulated and Agreed:


/s/ Gary D. Nitzkin
Gary D. Nitzkin (P41155)
Attorney for Plaintiff
Michigan Consumer Credit Lawyers
22142 W. Nine Mile Rd.
Southfield, MI 48033
(248) 353-2882
gary@micreditlawyer.com

/s/ Justin T. Walton
Justin T. Walton (IN #29540-49)
Attorney for Trans Union, LLC
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
(317) 363-2400
jwalton@schuckitlaw.com


/s/ Patricia Corkery
Patricia Corkery (P55687)
Attorney Vibe Credit Union
28366 Franklin Rd.
Southfield, MI 48034
(248) 352-4340
pcorkery@holzmanlaw.com

/s/ Tamara E. Fraser
Tamara E. Fraser
Attorney for Experian Information
Solutions, Inc.
380 N. Old Woodward, Suite 300
Birmingham, MI 48009
(248) 642-0333
tefraser@wwrplaw.com

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COEN MCGARITY,

      Plaintiff,                                    Case No. 2:15-cv-12610

v.                                                        Hon. George Caram Steeh
                                                          Mag. Michael J. Hluchaniuk

EXPERIAN INFORMATION
SOLUTIONS, INC., an Ohio corporation,
EQUIFAX INFORMATION SERVICES, LLC,
a Georgia corporation, TRANS UNION, LLC,
a Delaware limited liability company,
ALLIANCE CATHOLIC CREDIT UNION,
a Michigan corporation, ONE MAIN FINANCIAL
SERVICES, INC., a Minnesota corporation, and
VIBE CREDIT UNION, f/k/a Telcom Credit Union,
a Michigan corporation,

      Defendants.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court, having reviewed the parties' stipulation, and finding good cause

shown;

**IT IS HEREBY ORDERED** that the within action is hereby dismissed

without prejudice and without fees or costs to any party.

**IT IS SO ORDERED.**


Date: August 6, 2015                    s/George Caram Steeh
                                        Hon. George Caram Steeh
                                        United States District Judge